**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7506**

———————

IBRAHIM ABDULLAH JABBAR,

             Plaintiff - Appellant,

    v.

C. T. WOODY, Sheriff; CAPT. ROBINSON, Medical Dept. Sup.;
DR. FURMAN, Head Doctor, RCJ; DEPUTY HARRIS, Mailroom; NURSE
FORD, Medical Dept. RCJ; SGT. JONES, Grievance Coordinator;
LT. COLONEL BURNETT, Jail Operations; MAJ. ROBINSON, Medical
Dept. Supervisor; CAPT. MCREA, Jail Operations RCJ; CHAPLAIN
PRUITT, Under Sheriff, RCJ,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:09-cv-00246-TSE-TCB)

———————

Submitted:  December 20, 2011    Decided:  December 22, 2011

———————

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ibrahim Abdullah Jabbar, Appellant Pro Se.  Thomas Douglas Lane,
THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ibrahim Abdullah Jabbar appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jabbar v. Woody, No. 1:09-cv-00246-TSE-TCB (E.D. Va. filed Sept. 29, 2009 & entered Sept. 30, 2009; filed Sept. 9, 2010 & entered Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Jabbar filed an untimely notice of appeal. This court subsequently remanded this case to the district court for a determination as to whether Jabbar was entitled to a reopening of the appeal period under Fed. R. App. P. 4(a)(6). See Jabbar v. Woody, 432 F. App'x 224 (4th Cir. May 25, 2011) (unpublished). Because the district court found that Jabbar is entitled to the benefit of Rule 4(a)(6), we address the appeal on the merits.